UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

D-11, BENJAMIN ANTHONY JOHNSON

       Defendant.
_____/

CASE NO. 05-80955

DISTRICT JUDGE AVERN COHN

## ORDER DENYING DEFENDANT'S PRO-SE MOTIONS

For the reasons stated on the record at November 14, 2008 sentencing hearing, the following pro-se motions filed by the defendant are DENIED:

- Motion to Dismiss Indictment /or for Evidentiary Hearing Based on Outrageous Conduct by the Government (D/E 816),

- Motion to Supplement Motion to Dismiss the Indictment or for Evidentiary Hearing (D/E 834),

- Motion to Supplement Motion to Dismiss the Indictment or for Evidentiary Hearing (D/E 854).

SO ORDERED.

Dated: November 21, 2008

    s/Avern Cohn
    AVERN COHN
    UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, November 21, 2008, by electronic and/or ordinary mail.

    s/Julie Owens
    Case Manager, (313) 234-5160